WILLIAM ROOT, PLAINTIFF, *v.* EDWARD J. BROWN, DEFENDANT.

*Evidence — Admissions — admissibility of other statements made at same time by same person.*

In order to give in evidence against a party his admissions, it is necessary to examine the party first as to whether or not he has made such admissions. Whatever was said by the same person, in the same conversation, that would in any way qualify or explain the statement proved to have been made by him, is admissible in his favor. (*Rouse* v. *Whited*, 25 N. Y., 170.) And although the party alleged to have made the admissions is asked by the adverse counsel,

before proof is given of such statement by him, whether he so stated or not, he is not thereby precluded from giving evidence, after the proof of such admissions on his part has been made, of other statements made by him in the same conversation.

Exceptions ordered to be heard in the first instance at the General Term.

The action was in ejectment, and the issue was as to whether or not the plaintiff had delivered a deed of the premises in dispute to the grantor of the defendant.

*Betts & Grover*, for the plaintiff.

*Hughes & Northup*, for the defendant.

Opinion by Learned, P. J.

Present — Learned, P. J., and Boardman, J.

New trial ordered, costs to abide the event.